# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ABG-SI LLC,**  *Plaintiff*,  v.  **airmax_shoes_88,** *et al.*,  *Defendants.* | Case No.: 1:23-cv-03999-AT |

# DEFAULT JUDGMENT
# AND PERMANENT INJUNCTION

THIS CAUSE came before the Court upon Plaintiff's Motion For Default Judgment And Permanent Injunctive Relief Against Defaulting Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Defaulting Defendants, as reflected in Exhibit A hereto, are found to have willfully and intentionally manufactured, offered for sale and/or sold in commerce non-genuine goods bearing unauthorized copies of one or more of Plaintiff's federally registered trademarks, or otherwise used a mark that is identical with, or substantially indistinguishable from, one or more of Plaintiff's federally registered trademarks in connection with the advertising and/or sale of non-genuine goods.

Therefore, it is hereby **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff and against all Defaulting Defendants listed on Exhibit A as follows:

1. **Permanent Injunctive Relief**: All Defaulting Defendants and their respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with Defaulting Defendants are hereby permanently restrained and enjoined from:

    a. manufacturing or causing to be manufactured, importing, advertising, promoting, distributing, selling, or offering to sell counterfeit and/or infringing goods bearing one or more of Plaintiff's federally

        registered trademarks, as identified in Paragraph 11 of the Complaint ("Plaintiffs' Marks");

b.    using Plaintiff's Marks in connection with the offer for sale or sale of any unauthorized goods;

c.    using any logo and/or layout which may be calculated to falsely advertise the goods or services of Defaulting Defendants offered for sale or sold through any e-commerce marketplace store, seller identity, or business as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

d.    falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

e.    engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defaulting Defendants offered for sale or sold via any e-commerce marketplace store, seller identity, or business are in any way endorsed by, approved by, and/or associated with Plaintiff;

f.    using any reproduction, counterfeit, copy, or colorable imitation of Plaintiff's Marks in connection with the publicity, promotion, sale, or advertising of any goods or services sold by Defaulting Defendants;

g.  affixing, applying, annexing, or using in connection with the sale of any goods or services a false description or representation, including words or other symbols tending to falsely describe or represent goods or services offered for sale or sold by Defaulting Defendants as being those of Plaintiff, or in any way endorsed by or associated with Plaintiff;

h.  offering any such counterfeit or infringing goods in commerce and from otherwise unfairly competing with Plaintiff;

i.  using Plaintiff's Marks or any confusingly similar trademarks on or in connection with any e-commerce marketplace store, business, webpage (including as the title of any webpage), advertising links to other websites, search engines' databases or cache memory, and on or in connection with any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet-based businesses or e-commerce marketplace stores registered by, owned, or operated by Defaulting Defendants; and

j.  effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of

circumventing or otherwise avoiding the prohibitions set forth above and herein.

2. **Statutory Damages**: Plaintiff is entitled to recover statutory damages from Defaulting Defendants in the amounts reflected in the "Statutory Damages" column of Exhibit B hereto, which represent $10,000 per counterfeit mark per type of good sold or offered by each Defaulting Defendant.

3. **Asset Freeze Order**: The asset freeze order from the temporary restraining order (D.I. 11) and preliminary injunction (D.I. 21) is continued. Additionally, any financial institution, payment processors, banks, escrow services, money transmitters, e-commerce marketplace platforms, and their related companies or affiliates receiving notice of this Default Judgment and Permanent Injunction shall immediately freeze any additional moneys or financial assets of Defaulting Defendants in their possessions in full or partial satisfaction of this judgment.

4. **Release of Frozen Funds**: All funds previously restrained by the financial institutions, payment processors, banks, escrow services, money transmitters, e-commerce marketplace platforms, and their related companies or affiliates pursuant to the temporary restraining order and preliminary injunction in this action, together will all funds subsequently

frozen pursuant to this Default Judgment and Permanent Injunction, are to be immediately (within 5 business days) transferred to Plaintiff in full or partial satisfaction of the monetary judgment entered herein. Any such financial institution retaining such funds shall provide to Plaintiff at the time the funds are released, a breakdown reflecting: (i) the total funds restrained identifying the financial account(s) and sub-account(s) which the restrained funds are related to in this matter per Defaulting Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from the funds restrained prior to release; and (iii) total funds released to Plaintiff.

5. Interest from the date this judgment is entered shall accrue at the legal rate. See 28 U.S.C. §1961.

6. The Court retains jurisdiction to enforce this Default Judgment and Permanent Injunction.

**Having now entered judgment, the Court DIRECTS the Clerk to close the case. SO ORDERED this 10th of April, 2024.**

**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

# EXHIBIT A

# LIST OF ALL DEFAULTING DEFENDANTS

| |
|---|
| airmax_shoes_88 |
| aj_dunks |
| baker01 |
| baofu001 |
| Boost Master |
| boy_shoes8 |
| brandshoes_sz |
| cheepgoods9999 |
| chengdushifanduiyuyueqijingyingbu |
| cloga |
| clubs_sneakers |
| DHgate KA Sellers |
| DHgate Top Suppliers |
| discount_shoes_sport |
| dunks_shoes007 |
| fashion_sports_nb |
| foot_lockers |
| footlocke |
| foshanshichanchengquyufujixiekejiyouxiangongsi |
| freeshipping_stores |
| FuYangShiShiKeDianZiShangWuYouXianGongSi |
| fuzhoushigulouquguxiliaohuazhuangsipinshanghang |
| goatsnk |
| huangminpi |
| kunshanshiyushanzhenchangxinruimojucailiaojingying |
| li zi wei |
| liangmengli |
| LiLiZhang |
| lingaozengxiaxiadianzikejiyouxiangongsi |
| LiuYangShiQingRunTaoShangMaoYouXianGongSi |
| lucia_store |
| lux_sneakers |

| |
|---|
| messi_shop |
| nanpingshijianyangqulinnongxiaorenbaihuodian |
| Nice Kicks |
| nikesales |
| NovelShip |
| putianshichengxiangqubaomiechaomaoyiyouxiangongsi |
| putianshichengxiangquchengyizangmaoyiyouxiangongsi |
| putianshichengxiangquchenmeifangmaoyiyouxiangongsi |
| putianshichengxiangquhuangqingqingmaoyiyouxiangong |
| putianshichengxiangqujianyugemaoyiyouxiangongsi |
| putianshichengxiangqulizhilinmaoyiyouxiangongsi |
| putianshichengxiangquningpengzemaoyiyouxiangongsi |
| putianshichengxiangqusuwenjushangmaodian |
| putianshichengxiangquwendacimaoyiyouxiangongsi |
| putianshichengxiangquyangzhonghaimaoyiyouxiangongs |
| putianshilichengquchendarongmaoyiyouxiangongsi |
| putianshilichengqulanxiaohuamaoyiyouxiangongsi |
| putianshilichengquoyubingmaoyiyouxiangongsi |
| putianshilichengquxuweipengmaoyiyouxiangongsi |
| putianshilichengquyijiaofengmaoyiyouxiangongsi |
| putianshilichengquzhanghengsongmaoyiyouxiangongsi |
| putianshixianyouxianyanhuanmumaoyiyouxiangongsi |
| Quanzhou Luojiang District Shuangyang Hemeizhao Bu |
| sanyaxinyuxinshangmaoyouxiangongsi |
| shandongcaijubaihuoyouxiangongsi |
| shishishilingxiuzhenxiexiaohuibaihuolingshouchaosh |
| sixtydiscountstores |
| size_co_uk |
| Sneakers News |
| sneakersnstuffs |
| snkr |
| sport00053 |
| sportrunner2023 |
| Sports*Star77 |
| stadiumgood |
| stockxs |

| |
|---|
| supersneakers1 |
| Thu Gia Luong |
| tian jin shi tian shang bing yuan ke ji fa zhan yo |
| traderjoes |
| tunchanghuiyanzeshangmaoyouxiangongsi |
| weijiansheng |
| wonderfulquality |
| wowgood |
| Xianyou County daji Lin iron processing shop |
| xianyouxianbangtouzhenyangjingfuzhuangchang |
| xianyouxianbangtouzhenzhangpengfangzhipindian |
| xianyouxianjiaoweizhentianguanghuafuzhuangjingying |
| xianyouxianjiaoweizhenzhengjuanjuanzonghelingshoub |
| xianyouxianlichengjiedaozhengfengqinshuiguochaoshi |
| xianyouxianlichengyishangmaoyishanghang |
| xianyouxianzhongshanzhenxiexiubingbaihuolingshouba |
| xueyupeng |
| yun nan dong ming yi liao she bei you xian gong si |
| zhanyongxing |

# EXHIBIT B

# DAMAGES AWARDED AGAINST DEFAULTING DEFENDANTS

| Defaulting Defendant | # Marks | # Goods | Statutory Damages |
|---|---|---|---|
| airmax_shoes_88 | 1 | 1 | $ 10,000.00 |
| aj_dunks | 1 | 1 | $ 10,000.00 |
| baker01 | 1 | 1 | $ 10,000.00 |
| baofu001 | 1 | 1 | $ 10,000.00 |
| Boost Master | 1 | 1 | $ 10,000.00 |
| boy_shoes8 | 1 | 1 | $ 10,000.00 |
| brandshoes_sz | 1 | 1 | $ 10,000.00 |
| cheepgoods9999 | 1 | 1 | $ 10,000.00 |
| chengdushifanduiyuyueqijingyingbu | 1 | 1 | $ 10,000.00 |
| cloga | 1 | 1 | $ 10,000.00 |
| clubs_sneakers | 1 | 1 | $ 10,000.00 |
| DHgate KA Sellers | 1 | 1 | $ 10,000.00 |
| DHgate Top Suppliers | 1 | 1 | $ 10,000.00 |
| discount_shoes_sport | 1 | 1 | $ 10,000.00 |
| dunks_shoes007 | 1 | 1 | $ 10,000.00 |
| fashion_sports_nb | 1 | 1 | $ 10,000.00 |
| foot_lockers | 1 | 1 | $ 10,000.00 |
| footlocke | 1 | 1 | $ 10,000.00 |
| foshanshichanchengquyufujixiekejiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| freeshipping_stores | 1 | 1 | $ 10,000.00 |
| FuYangShiShiKeDianZiShangWuYouXianGongSi | 1 | 1 | $ 10,000.00 |
| fuzhoushigulouquguxiliaohuazhuangsipinshanghang | 1 | 1 | $ 10,000.00 |
| goatsnk | 1 | 1 | $ 10,000.00 |
| huangminpi | 1 | 1 | $ 10,000.00 |
| kunshanshiyushanzhenchangxinruimojucailiaojingying | 1 | 1 | $ 10,000.00 |
| li zi wei | 1 | 1 | $ 10,000.00 |
| liangmengli | 1 | 1 | $ 10,000.00 |

| Defaulting Defendant | # Marks | # Goods | Statutory Damages |
|---|---|---|---|
| LiLiZhang | 1 | 1 | $ 10,000.00 |
| lingaozengxiaxiadianzikejiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| LiuYangShiQingRunTaoShangMaoYouXianGongSi | 1 | 1 | $ 10,000.00 |
| lucia_store | 1 | 1 | $ 10,000.00 |
| lux_sneakers | 1 | 1 | $ 10,000.00 |
| messi_shop | 1 | 1 | $ 10,000.00 |
| nanpingshijianyangqulinnongxiaorenbaihuodian | 1 | 1 | $ 10,000.00 |
| Nice Kicks | 1 | 1 | $ 10,000.00 |
| nikesales | 1 | 1 | $ 10,000.00 |
| NovelShip | 1 | 1 | $ 10,000.00 |
| putianshichengxiangqubaomiechaomaoyiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| putianshichengxiangquchengyizangmaoyiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| putianshichengxiangquchenmeifangmaoyiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| putianshichengxiangquhuangqingqingmaoyiyouxiangong | 1 | 1 | $ 10,000.00 |
| putianshichengxiangqujianyugemaoyiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| putianshichengxiangqulizhilinmaoyiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| putianshichengxiangquningpengzemaoyiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| putianshichengxiangqusuwenjushangmaodian | 1 | 1 | $ 10,000.00 |
| putianshichengxiangquwendacimaoyiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| putianshichengxiangquyangzhonghaimaoyiyouxiangongs | 1 | 1 | $ 10,000.00 |
| putianshilichengquchendarongmaoyiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| putianshilichengqulanxiaohuamaoyiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| putianshilichengquoyubingmaoyiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| putianshilichengquxuweipengmaoyiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| putianshilichengquyijiaofengmaoyiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| putianshilichengquzhanghengsongmaoyiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| putianshixianyouxianyanhuanmumaoyiyouxiangongsi | 1 | 1 | $ 10,000.00 |
| Quanzhou Luojiang District Shuangyang Hemeizhao Bu | 1 | 1 | $ 10,000.00 |
| sanyaxinyuxinshangmaoyouxiangongsi | 1 | 1 | $ 10,000.00 |
| shandongcaijubaihuoyouxiangongsi | 1 | 1 | $ 10,000.00 |
| shishishilingxiuzhenxiexiaohuibaihuolingshouchaosh | 1 | 1 | $ 10,000.00 |

| Defaulting Defendant | # Marks | # Goods | Statutory Damages |
|---|---|---|---|
| sixtydiscountstores | 1 | 1 | $ 10,000.00 |
| size_co_uk | 1 | 1 | $ 10,000.00 |
| Sneakers News | 1 | 1 | $ 10,000.00 |
| sneakersnstuffs | 1 | 1 | $ 10,000.00 |
| snkr | 1 | 1 | $ 10,000.00 |
| sport00053 | 1 | 1 | $ 10,000.00 |
| sportrunner2023 | 1 | 1 | $ 10,000.00 |
| Sports*Star77 | 1 | 1 | $ 10,000.00 |
| stadiumgood | 1 | 1 | $ 10,000.00 |
| stockxs | 1 | 1 | $ 10,000.00 |
| supersneakers1 | 1 | 1 | $ 10,000.00 |
| Thu Gia Luong | 1 | 1 | $ 10,000.00 |
| tian jin shi tian shang bing yuan ke ji fa zhan yo | 1 | 1 | $ 10,000.00 |
| traderjoes | 1 | 1 | $ 10,000.00 |
| tunchanghuiyanzeshangmaoyouxiangongsi | 1 | 1 | $ 10,000.00 |
| weijiansheng | 1 | 1 | $ 10,000.00 |
| wonderfulquality | 1 | 1 | $ 10,000.00 |
| wowgood | 1 | 1 | $ 10,000.00 |
| Xianyou County daji Lin iron processing shop | 1 | 1 | $ 10,000.00 |
| xianyouxianbangtouzhenyangjingfuzhuangchang | 1 | 1 | $ 10,000.00 |
| xianyouxianbangtouzhenzhangpengfangzhipindian | 1 | 1 | $ 10,000.00 |
| xianyouxianjiaoweizhentianguanghuafuzhuangjingying | 1 | 1 | $ 10,000.00 |
| xianyouxianjiaoweizhenzhengjuanjuanzonghelingshoub | 1 | 1 | $ 10,000.00 |
| xianyouxianlichengjiedaozhengfengqinshuiguochaoshi | 1 | 1 | $ 10,000.00 |
| xianyouxianlichengyishangmaoyishanghang | 1 | 1 | $ 10,000.00 |
| xianyouxianzhongshanzhenxiexiubingbaihuolingshouba | 1 | 1 | $ 10,000.00 |
| xueyupeng | 1 | 1 | $ 10,000.00 |
| yun nan dong ming yi liao she bei you xian gong si | 1 | 1 | $ 10,000.00 |
| zhanyongxing | 1 | 1 | $ 10,000.00 |